# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128884 & (84)

COUNTY OF CRAWFORD and COUNTY OF
KALKASKA,
        Plaintiffs,

v

                                     SC: 128884
                                     COA: 254182
                                     Otsego CC: 02-010014-CZ

COUNTY OF OTSEGO,
        Defendant-Appellee,
and

COHL STOKER TOSKEY & MCGLINCHEY PC
        Appellant.
_____/

        By order of December 28, 2005, the application for leave to appeal the May 3, 2005 judgment of the Court of Appeals was held in abeyance pending the decision in *46th Circuit Trial Court v Crawford County* (Docket No. 128878).  On order of the Court, the case having been decided on July 28, 2006, 476 Mich 131 (2006), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        The miscellaneous motion is GRANTED.  A public question being involved, and in light of the relationships between the parties, no costs are awarded.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

d1025

Clerk